**Dismissed and Memorandum Opinion filed May 2, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-12-00904-CV

---

### GARRY WASHINGTON, Appellant

### V.

### COMMISSION FOR LAWYER DISCIPLINE, Appellee

---

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2009-71582**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order dismissing appellant's bill of review signed August 24, 2012. The clerk's record was filed December 3, 2012. The official court reporter notified this court on January 7, 2013, that no reporter's record was taken in this case. Accordingly, the court set the date that appellant's brief was due at February 6, 2013. Appellant's brief was not filed, and appellant did not request an extension of time to file the brief. *See* Tex. R. App. P. 38.6(a), (d).

On March 5, 2013, this court issued an order stating that unless appellant filed a brief on or before April 1, 2013, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). Appellant did not file a brief or any other response to this court's order.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Frost and Donovan.